IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ONL-RBW LOGISTICS, LLC, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-145 |
| v. | |
| ENGLEWOOD MARKETING GROUP, INC., | |
| Defendant. | |

**O R D E R**

On June 9, 2023, the Court raised, *sua sponte*, the issue of diversity citizenship because Defendant did not allege the citizenship of all the members of Plaintiff, a limited liability company. (Doc. 6.)  In response to the Court's Order to show cause, Defendant appears to have satisfied its burden to establish complete diversity as stated in Rolling Greens MHP, LP v. Comcast SCH Holdings LLC, 374 F.3d 1020, 1022 (11th Cir. 2004).  (See doc. 8.)  Accordingly, subject matter jurisdiction appears proper pursuant to 28 U.S.C. § 1332.

**SO ORDERED**, this 26th day of June, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA