IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ONL-RBW LOGISTICS, LLC,

    Plaintiff,

    v.

ENGLEWOOD MARKETING GROUP, INC.,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-145

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on October 26, 2023, wherein the parties indicate this case has settled and that they stipulate to the dismissal, with prejudice, of this case. (Doc. 15.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 30th day of October, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA